UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 29 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| JOHN FLYNN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. Action No. 04-cv-1928 (RJL) |
| ) | |
| JOCANZ, INC. ) | |
| ) | |
| Defendants. ) | |

**ORDER**
(March 28, 2007)[#8]

Upon consideration of the Motion for Entry of Default Judgment filed by the plaintiffs, it is, this 28th day of March 2007, hereby

**ORDERED** that [#8] plaintiffs' Motion for Entry of Default Judgment is GRANTED; and it is further

**ORDERED** that damages of $105,496.70 shall be paid to the plaintiffs for unpaid contributions due to the IPF and IMI for work preformed pursuant to the Collective Bargaining Agreement between July 2003 and December 2006; and it is further

**ORDERED** that damages of $27,740.24 shall be paid to the plaintiffs for interest payable on the delinquent contributions calculated at 15 percent per annum as set forth in the Collection Procedures of the Bricklayers and Allied Craftworkers; and it is further

**ORDERED** that damages of $27,740.24 shall be paid to the plaintiffs for additional interest assessed on the delinquent contributions pursuant to 29 U.S.C. §

1132(g)(2)(C)(ii); and it is further

**ORDERED** that damages of $16,402.98 shall be paid to the plaintiffs for dues checkoff due to the Union for work performed pursuant to the Collective Bargaining Agreement; and it is further

**ORDERED** that damages of $4,228.99 shall be paid to the plaintiffs for interest on dues checkoff due the Union; and it is further

**ORDERED** that damages of $150.00 shall be paid to the plaintiffs for the filing fee incurred; and it is further

**ORDERED** that damages of $136.85 shall be paid to the plaintiffs for the process server's fee; and it is further

**ORDERED** that damages of $4,037.50 shall be paid to the plaintiffs for attorney's fees incurred; and it is further

**ORDERED** that defendants are directed to comply with its obligations to report and to contribute to the IPF, IMI and BAC all additional reports, contributions, and dues checkoff money due and owing under the collective bargaining agreement; and it is further

**ORDERED** that this Judgement is without prejudice to the right of plaintiff to

seek recovery of any past or future delinquencies, interest, damages, and reasonable attorney's fees and costs that may be owing to plaintiff from defendants.

**SO ORDERED.**

/s/ Richard J. Leon
RICHARD J. LEON
United States District Judge